EDWARD H. HARRIMAN, Respondent, *v.* ALBERT G. HOWE et al., as Commissioners of Highways for the Town of Woodbury, Orange County, N. Y.

*Harriman* v. *Howe*, 78 Hun, 280, affirmed.
(Argued March 16, 1898; decided April 19, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the second judicial department, entered July 9, 1894, reversing a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term, and granting a new trial.

*William F. O'Neill* for appellants.

*William D. Guthrie* and *Stephen W. Fullerton* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

All concur, except VANN, J., not voting.